UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JYOTSNA OJHA,

    Plaintiff,

v.   CASE NO: 8:04-cv-2421-T-23TBM

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant,
_____/

## ORDER

Pursuant to a standing order of this court dated January 5, 1998, and Local Rule 6.01(c)(21), this matter was referred to the United States Magistrate Judge for a report and recommendation.  Following the Magistrate Judge's February 1, 2006, report and recommendation (Doc. 15), no party objects to the report and the time for filing objections has expired.  Accordingly, the Magistrate Judge's report and recommendation (Doc. 15) is **ADOPTED**.  The underlying decision of the Commissioner of the United States Social Security Administration is **REVERSED** and **REMANDED** for further proceedings consistent with the Magistrate Judge's report and recommendation (Doc. 15).  The Clerk is directed to (1) enter judgment in favor of the plaintiff, (2) terminate any pending motion, and (3) close the case.  Fees and costs shall be addressed upon further pleadings.

ORDERED in Tampa, Florida, on February 27, 2006.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE