UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JYOTSNA OJHA,

    Plaintiff,

v.                                            CASE NO: 8:04-cv-2421-T-23TBM

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant,
_____/

**ORDER**

    Pursuant to a January 5, 1998, standing order and Local Rule 6.01(c)(21), the plaintiff's motion for attorney fees (Doc 19) was referred to the United States Magistrate Judge for a report and recommendation.  Following the Magistrate Judge's June 2, 2006, report and recommendation (Doc. 22), no party objects to the report and the time for filing objections has expired.  Accordingly, the Magistrate Judge's report and recommendation (Doc. 22) is **ADOPTED**.

    The plaintiff's unopposed motion for attorney fees (Doc. 19) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), is **GRANTED IN PART** to the extent that the plaintiff is awarded $4,116.00 in attorney fees.  The Clerk is directed to enter judgment in favor of the plaintiff and against the defendant for **$4,116.00** in attorney fees.

    ORDERED in Tampa, Florida, on June 26, 2006.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE